# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                     Case No.: 1:17−cr−00173
                                                             Honorable John Robert Blakey

Tyrone Hunter, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 1, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Oral agreed motion to reset sentencing deadlines and hearing is granted. In person sentencing previously set for Defendant Tyrone Hunter (2) for 10/6/2021 is reset for 11/1/2021 at 1:00 p.m. in Courtroom 1203. Sentencing material and any memoranda making objections to the presentence report, seeking sentencing departures or variances, or otherwise discussing the sentencing factors set forth in Title 18 U.S.C. Section 3553(a) must be filed (in one combined filing per side) by 10/18/2021. In their sentencing materials, the parties must state whether they have any objections to, or alternate recommendations regarding, both the term and conditions of supervised release as recommended by the Probation Office. Any responses must be filed by 10/25/2021. Failure to file the material or memoranda by that deadline risks waiver or forfeiture, including the inability to raise untimely objections to the presentence report. Defendant remanded pending sentencing. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.