IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>TYRONE HUNTER, 　　　　　　　　)<br>　　　　Defendant. 　　　　　　　) | Case No. 17 CR 173-2<br>Hon John Robert Blakey |

## **MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant, TYRONE HUNTER, by his attorney, LISA L. WOOD, pursuant to Local Rule 26.2(b), moves for leave to file portions of his response to the government's sentencing memorandum (Dkt. 735) under seal. In support thereof, Counsel shows to the Court the following:

1.　Mr. Hunter's response to the government's sentencing memorandum discloses the identity of individuals who have proffered with the government in connection with this matter.

2.　It does not appear that this information has been publicly disclosed, and out of an abundance of caution, counsel does not wish to publicly disclose it at this time.

WHEREFORE, Defendant respectfully requests this Court enter an Order granting leave to file portions of his response to the government's sentencing memorandum (Dkt. 735) under seal, pursuant to Local Rule 26.2(b).

                    Respectfully submitted,

                    s/Lisa L. Wood
                    LISA L. WOOD, Attorney for Defendant,
                    Tyrone Hunter.

| | |
|---|---|
| Attorney Name | Lisa Wood |
| Firm Name | Lisa Wood Law, LLC |
| Attorney for | Tyrone Hunter |
| Firm Address | 53 W. Jackson Blvd., Suite 1424, Chicago, IL 60604 |
| Firm Phone | (872) 888-7089 |
| Attorney No. | 6304324 |