Chris C. Campbell

Chicago Park District

515 S Washtenaw

Chicago IL. 60612

c.campbell24@yahoo.com

July 21, 2021

Dear Sir or Madam,

I am writing this letter in reference to a case that involves Tyrone Hunter who is being sentenced.

I have known Tyrone for 17 years. After having positive encounters with him through the Chicago Park District, we have become good friends. Tyrone was an active patron of the park district and a great leader to children in the community. He coached kids baseball and teen basketball. I believe I am in a position to speak to Tyrone's moral character, so I hope you will take this letter into account when making your decision.

Tyrone, in short, is a good person. He has always been kind and generous to others. He has a strong sense of duty which applies in his job, family, and community. He also possesses a great deal of integrity, and constantly strive to make sure he is doing the right thing.

It must be difficult for you to make a decision like this when you don't actually know the person standing in front of you, so I hope you will look at my letter and the countless others you're receiving, and understand that Tyrone is the kind of person whom people would rally. That has to say something, so please let this be a factor in your decision.

Sincerely,

Chris C. Campbell

Chris C. Campbell

July 29, 2021

To Whom It May Concern:

My name is Leslie Hunter and I am the Chaplain and Religion teacher at Holy Family School. I am writing this letter on behalf of **_Tyrone Hunter_**. I've known Tyrone since he was a young boy. He is, and always has been a person of great positivity and care for others.

Tyrone has a heart for the youth of the inner city. He has spent much of his adult life encouraging, mentoring, and coaching young men...mainly through the sports teams he's formed in the community.

Tyrone's core belief for keeping young men out of trouble and off the streets is to give them something positive to do and be a part of. He is considered by many to be a man of action and not just talk. He is extremely giving and a person dedicated to making a difference in the lives of people less fortunate.

In all of the years I've known Tyrone, I can honestly say, I can't remember a time I ever heard him say anything negative about anyone. It's that kind of rare quality that compels me to hold him up in such high regard.

Tyrone is a person of Faith, a great father, loving husband, and a joy to anyone privileged to encounter his infectious energy and positivity.

I pray this letter, filled with my sincere account of my experience concerning Tyrone Hunter paints a more thorough and comprehensive picture of a man I value, honor and respect.

If you have any questions please feel free to contact me.

Sincerely,

Leslie Hunter

Holy Family Ministries/School
3415 W. Arthington st.
Chicago IL. 60624
773-265-0550

Dear Judge Blakey,

My name is ███ Hunter, I'am
in the 8th Grade and the middle
Child of Tyrone Hunter. I am
Writting this letter to you for me
and my dad. I am a Basketball player
and I really love and enjoy the
game of Basketball. My dad Showed me
everything about basketball and if it
wasn't for my dad I don't Know
What I would be doing right now.
All my life, My oldest brothe was
away at college. He took me to
School and pratice all the time.
Then my Sister ███ was born
and I oon remember it always
just being the three of us. My
dad was a household father and
I must say he took great care
of us, but not just us he helped
to take Core of everyone around
him. My dad helped to Core of
many Kids on the Streets in who
my opinion wasn't really going in the

right direction. Judge Blakey as soon as my dad Left I saw those same kids die or go right back to doing bad things. Mr. Judge Blakey I ask for you to please help my father get home as soon as possible. I know everyone makes mistakes and I also know that my dad made a major mistake. But if anyone knows my dad I think it is me, And when we make mistakes, we don't make them twice, So if you can trust and believe me when I say that he will never do it again. Thank you Judge Blakey for reading my letter,

Sincerely,

Hunter

To whom it may concern

I am writing you this letter to inform you that Tyrone Hunter is not the person that the police/media has made him to be. In fact He's the total opposite Loving/careing - big brother/father figure to everyone that has came in contact with him for years. As Long as I've Know him he has been a great role model/Leader for me and my Kids always there when needed wether it's Jos for advice or Just to have a great time. He is Just a good person all around and his barber Shop was a Safe haven for the community always an open door for anyone to get off the streets. He is also a great father/husband to his family. great brother/friend etc. It's Just some things he can Say and do that Touches/motivate people to do the rite thing we love - miss - need him back out here with us.

R. Davis

Dear Judge

Hi my name is Tyrone Hunter. I am writing this letter on behalf of myself and my family. I am now 25 years of age, my dad has been incarcerated for nearly 6 years. My dad is my role model and someone I look up to. At the time of him being taken to jail I was 18 going on 19 and really needed him here to teach me a lot that I had to learn on my own. I also have a little brother and little sister who miss and love their dad dearly. My dad Tyrone Hunter Sr is a great father and friend, and role model. Growing up my dad was the best. He coached all of my sports teams from basketball, football, cross country, baseball even football. He was the type of dad that would make me late to my own games because he felt it was his duty to pick up other team mates that couldn't make the game or whose parents could not bring them. Growing up I would get mad because I couldn't understand why my dad had to buy kids cleats and gym shoes and make me late to my own games. Now I understand why because he was a helping hand god sent, now that I'm 25 years old I see how much love and good energy my dad gave off. As I grow up and become more of a man I see we need more people like him in the world, someone that would give you the shirt off his back. I truly miss my dad and wish he was here with me and my family now, because it's a lot trying to be a man of the family when I never knew how to, this is a responsibility I took on overnight.Over the past couple months I recently made my dad a grandfather, and this is something neither one of us imagined, one my father not being there to see my first child born or getting to hold her. This is something that I think about daily because I know for a fact I need my father right now, I need his help, his wisdom, I need his help with little things that only a father can help. I know people are trying to label my father a lot of things, but no one mentions that he is the world's best dad and grandad. I am asking that you show my father some leniency, because I can tell he is changing everyday.I know that i'm older, but i'm thinking about my baby brother, sister and newborn baby that haven't had as much time with my dad as i have and haven't learned as much. I need my father back so he can help me, help my

brother grow into a nice young man and teach my sister how to become a respectful young lady, also so he can meet my new born baby, his very first granddaughter. My Father is one of a kind, he is one of bravest, strongest smarties men i know he is like a book full of knowledge. If there is one reason I would say to let my father out is because we (                Tyrone,        ) as a family really need him. I know for sure I need him extremely badly. A lot of people are affected by his absence some more than others, I know one person that was affected more than me and that is my fathers wife and my mother. She misses him dearly. I can tell when I look in her face, it hurts me to even suffer knowing she is missing the love of her life who has been with her all of her life. Someone who was just abruptly taking one day and hasn't returned. I am asking you to please show my father some leniency because we need him more than he needs us.

Sincerely

Tyrone Tremaine Hunter Jr

# My Father

Tyrone Hunter Jr

tyhunter19966@gmail.com

March 27, 2017

Dear Judge Schenkier,

All my life my father always told me to take GOD with me wherever I go.My father was and still is to this day my role model no matter what. My father has been in my life since August 24, 1996 the day I was born. Through my life My dad has been the ideal father figure, he has been there with me through all my problems in life. He was there to take me to every basketball game, every practice and even take me to school every morning. My dad is someone that if taken away would leave a big mark on my life.

Since I ventured off in life and went away to college, my dad has been there every step of the way, from staying on the phone with me late nights when I would be up doing papers; to inspirational talks when I would be at my breaking point and on the verge of giving up. My father still pushes me to my breaking points, and pushes me to do my best in life he tells me when i'm wrong and when i'm right. As I am almost 21 years of age I still call him to discuss things that sometimes I know he doesn't know anything about. My dad is a great listener and is a great role model he has always been in my life, never a birthday without him or even so much as a school meeting without him.

The last decade my father and mother have added two new additions to the family who are ███ Hunter 3(sister), and ███ Hunter 9(brother). As I grow older I see my dad age and grow grey hairs and turn into a old man as I call him. I see a new joy in his face when he looks into my brother and sister's eyes every morning as he wakes them up, get them ready for school and takes them to and from school. Some people say parent's are not allowed to have a favorite child when you have more than one, but we laugh and play all the time when I tell him I use to be his favorite until I see the look he get's in his eyes as he looks at his daughter and his son. I see something I

never saw in him before. I see the kids bringing out a younger him, I see they keep him up on his feet. It's never a time where he get's more than eight hours of sleep. When I come home for breaks or weekends, me and my dad always have a talk about what going on in my life and how has it been treating me. I tell him thank's not only for the thing's he has done for me, but the life lessons he has taught me. I am just now recognizing all of the things he has been trying to teach me to get me prepared for this thing called life, I understand why he didn't want to let the world get a hold of me until he had taught me all he could teach me and give me all the essentials for this thing called life, before he let me venture off into the world.

So I am writing this letter today to inform to whom it may concern that if you can find it in your heart to let my father be released on home confinement, or even better let him be acquitted of all charges. Thank You have a blessed day.


Sincerely,

Tyrone Hunter Jr

Fwd: Bamn

From: Marshall Paskel (paskel67@gmail.com)

To: veronicafranklin2@yahoo.com

Date: Thursday, September 16, 2021, 10:14 AM CDT

Marshall Paskel
Civil.social

Begin forwarded message:

> **From:** MARRIO BUTLER <marrio_butler@yahoo.com>
> **Date:** September 15, 2021 at 9:23:10 PM CDT
> **To:** paskel67@gmail.com
> **Subject: Bamn**
> **Reply-To:** MARRIO BUTLER <marrio_butler@yahoo.com>

September 10, 2021

To the courts, Judge and Jury.

I'm presenting this letter of recommendation for the release of Tyrone Hunter. Within this letter, I will truthfully be upfront on why he should be exonerated. Me and Mr. Hunter grew up together in Chicago, Illinois. It was in grade school where we enjoyed playing sports at our neighborhood park district as time went on we developed a close friendship along with a passion for helping out when we aged out the park for sports. Sports was our outlet. After high school I went on to attend college in Savannah Georgia but we remained in close contact. When I would be home for the summer I would work, and on the weekends we would be at the park continuing volunteering and helping out in any way. It became our identity. Upon me finishing school, Tyrone was still working with youth sports and had teams competing. We would run basketball clinics through the local park district. We felt this was needed because we had the support of our community that pushed us and kept us from the dangers of the streets. During these trying times of today, our youth need leadership and dedication towards improving ourselves and being well established. Having Tyrone exonerated strengthens our chances of creating success within our community. We all are continually evolving and striving to improve. Tyrone exudes a passion for working with the community and making a difference in someone's life. As well as his own family. So he can tend to his youngest son's growth who I still work with and can be greatly improved with his father home. So my plea to the court system, is for Mr. Tyrone Hunter to be exonerated and freed to be home and be an asset for our community in which we were raised. This would be greatly appreciated and beneficial.

Sincerely yours,

Marrio Butler

Sent from Yahoo Mail on Android

Fwd: B Man

From: Marshall Paskel (twin@coronation.community)

To: veronicafranklin2@yahoo.com

Date: Thursday, September 16, 2021, 10:15 AM CDT

Marshall Paskel
Coronation.community

Begin forwarded message:

> **From:** Marshall Paskel <paskel67@gmail.com>
> **Date:** September 16, 2021 at 8:18:43 AM CDT
> **To:** twin@coronation.community
> **Subject: B Man**

Your Honor,

   I'm writing this letter on behalf of my good friend Tyrone Hunter. This letter isn't to convince you of his innocence but to provide you with some history of his character. My only regret is that I couldn't stand up for him in person.

   I have been a barber on Western Ave for over 25yrs. While working in that community I've learned the difference between those that take advantage of the misguided youth and those that truly want to help them. I had always known who Tyrone (affectionately known as Brother Man) was, but it wasn't until he hired me in his barbershop that I truly got to know and understand what he was! I had always thrown Basketball tournaments, helped my young clients while in school in hopes that they would go to college or find successful employment. I had championed myself as an organizer of youth in the community. While working for Tyrone I understood that I was just scratching the surface. Here was a man that ran an entire youth camp that focused not on the Highschool kids that he hoped would make it professionally, but his camp focused on the babies. Tyrone, being a product of a drug torn community understood that the only way to change the community was provide options for the future of that community; its kids! Tyrone knew that he had to catch them while they were young and give them different outlets which is what his program was doing for the kids. I remember Tyrone walking door to door and explaining to parents that our neighborhood had these parks and fieldhouses and we were doing a disservice to the kids by not letting them take advantage of these amenities and that he would come to every house personally and pick the children up himself.

   It is important that we know about Tyrone's relationship with the kids of the community, because the four years since his arrest have been some of the most devastating in the community's history. Since Tyrone's arrest the negative impact on the youth was almost immediate, it created a sense of hopelessness as kids saw their mentor, father figure, hero

and savior being snatched from their lives. Working in the community and seeing kids that once had something to look forward to now enter a life of hopelessness and crime starts to weigh on you and ask; are we even meant to succeed?

I could go on all day talking about how Tyrone's presence positively impacted the community, but what's more important is how his absence is negatively impacting the community. Judge Blakely I ask that you take these things into consideration when handing down your sentence to my good friend.


Thank You
Marshall Paskel
Coronation Creative Community
735 S Western


--
**Marshall Paskel**
**civil.social**
█████████████



# PLEASANT GROVE M.B. CHURCH

741 SOUTH SACRAMENTO BOULEVARD
CHICAGO, ILLINOIS 60612
PHONE: 773-638-0485 / FAX: 773-722-6722
REV. CHARLES A. HAMILTON, PASTOR

Deacon Damon Magnus, Chairman
Board of Deacons

Deacon Isaac Cain, Chairman
Board of Trustees

June 30, 2021

This letter is in regard to Mr. Tyrone Hunter:

Mr. Hunter did volunteer his services to the Pleasant Grove Missionary Baptist Church. He assisted us with our summer basketball league for several years. This program was underwritten by the church to give youth in the Lawndale neighborhood a safe environment to compete with other young people in the city during the summer.

In addition he also worked with our Men's Fellowship to provide free haircuts for those in need and those looking for jobs. If further information is needed you may contact our Men's Fellowship President Mr. Andre Jones or Pastor Charles A. Hamilton at the church.

Yours truly

*Rev. Charles A. Hamilton*
Rev. Charles A. Hamilton, Pastor

THE FRIENDLY CHURCH WHERE JESUS IS THE CORNERSTONE

[REDACTED]

god-son / Nephew

[REDACTED]

Hi Judge my name is [REDACTED]
I am 12 years old. I have known Tyrone for all
of my 12 years of life. Tyrone is my god farther.
which he has been christianed into my life.
Tyrone is also married to my aunt (veronica Hunter)
which also mak him my uncle.

Judge I am writing this letter because
I have come to understand that Tyrone
has been gone from our family I known I
have been affected from not having a Farther
figure in my life. my Farther passed when
I was 1 year old and From that day 4-8-2010 Tyrone
has stepped up and been there for me emotionally
and physically. As a 12 year old boy preteen black
african american boy living in the north
lawndale area in chicago is very hard to survive
without a farther

My mom is a single parent and can only do so much to raise me. I'm a very good kid, but having a father structure in my life is important. Tyrone took me on my first plane ride to Disney World. He also coached me on his basketball team, that he pushed and supported me to do good at. He was always there for all the kids mentally and physically. I remember him having to pick up all the kids from there home bring them to practice and games, also having to feed them before taking them home. Tyrone has always pushed me to do good and never give up. Judge my mom do a good job but a male figure such as Tyrone was different because he pushed me like no other person did, I understood his energy. I remember him taking me and my cousin to school every morning and giving us popsicles so we won't fall asleep before we get to school. Tyrone has done so much for me, and as I am growing up to be a man I know more than ever I need him now and I'm sure I will need him later. Tyrone is more than a leader to me he is a family man who loves his wife, kids, and family. He would do anything to help us. Tyrone is a strong man that will give anybody his shirt off his back and is willing to help anyone who is in need and that's how he raised my cousin and myself, To always respect ourselves and our peers.

Because of the time and energy he has put into us we have manners and are really good kids, but I know as we are getting older we would need him to be here to teach us the manly things we need to nurture and become men.

Thank you Judge for taking out the time to read this letter I hope in your heart you find some leniency for Tyrone Hunter. I would greatly appreciate that you take in consideration that I am a father less child my father was murdered and now the man that is second to my father is incarcerated in the most vital time in my life. Thank you.

Sincerely,

█████████

To whomever it may Concern,

I'm Allen Vaughn III, but to everybody else I'm BigAL and I've been a barber in the neighborhood since the early 90's. I've known Tyrone Hunter and so more of his family most of my life now.

I'm his barber I've been cutting his hair I can say a very long time, Long enough to say til the Day he decided to open his own barbershop where I soon became employed for up to 10 years or so until the shop got closed down. I loved working there it was the only shop I worked in that ever passed the 3 year mark.

As far as Tyrone Hunter better known as Broman to me and many others he was a good man, great Owner to Brothers Barber & Beauty shop and Friend. He was someone who if you needed help with something he'll help you and give you a little inspiration to try a little harder in your day to day life.

He would encourage people to try differnt things to reach a certain goal that just how he was a good people person there's lots of things I can say about what he did, but it hurts knowing that he can't do those things now.

I know Broman is my friend and my brother and I have plenty of love care for him and I know the same for him and many other who know Tyrone Hunter and has had one of his great speeches cause he loves to talk and thoughts feeling and suggestions to anyone he can believe that.

P.S. Free "Broman"

March/27/2017

"In a gentle way, you can shake the world."


Mahatma Gandhi


The above quote is a quote that reminds me of Coach Hunter. I first met Mr. Hunter as a parent during

my "Teachers Assistant" years at the school both of our children attended. Mr. Hunter met me with a

warm but firm greeting. He immediately introduced himself to me and told me to never hesitate in

reaching out to him when it came down to his son. He was very adamant when it came to his son's

education. After seeing my sons height and love for basketball, Mr. Hunter immediately took my son

under his wings and began to train him. We met several days out of the week, for several hours.

Practice would be from 5pm-7pm and we would not leave the gym until 10pm. Mr. Hunters passion

for the youth, basketball, and self-growth had no time frame. While watching him with the children

and the way he invested his all into theirs current lives as well as their future, you could immediately

tell that this was more than his passion, it was his air, his fresh breath, his life, etc. My husband is a

well know basketball coach for the youth as well. My husband always explains to the youth that he

know coaches, how everything he was taught, came from Coach Hunter. Mr. Hunter has always is

still will be the best basketball coach, community leader, father to every youth he encounters, parent,

etc; that myself as well as my family will ever know. He has and still does resembled and implements

so much positivity into our children, school, and communities.


Sincerely Yours,

Arkeshia Washingon

Subscribed and sworn to before me

this 27 day of March 20 17
at Cicero, County of Cook, State of Illinois.

Notary Public

"OFFICIAL SEAL"
ARIANA GUZMAN
Notary Public, State of Illinois
My Commission Expires 3/3/2020























20th Year Anniversary

Vol XX, No. 35

# word

## The Windy City

Reporting Progressive News Weekly

windycityword.com

August 25, 2011

# Pleasant Grove Church Host Basketball League and Championship

# Certificate of Completion

*Presented to*

## Tyrone T. Hunter

For Completion of the
Thinking for a Change (T4C) Course
Integrated Cognitive Behavior Change Program

Kankakee County Detention Center

March 14th 2018 through June 6th 2018

Instructor

Instructor

Chief of Corrections

RIVERSIDE
HEALTHCARE

# THIS CERTIFICATE RECOGNIZES

## Tyrone Hunter

### FOR COMPLETING THE RIVERSIDE RESOLVE CENTER LEVEL I (TOP) SUBSTANCE ABUSE TREATMENT PROGRAM



Gregory A. Jen, CADC
Counselor

06/19/18